479 A.2d 1151

In the Interest of K.S.

In the Interest of J.S.

Argued May 15, 1984. Regina M. Sestak, for appellants; Dennis R. Biondo, for participating party.

Before CAVANAUGH, POPOVICH and HESTER, JJ.

Orders affirmed.